NOTE: This disposition is nonprecedential.

# United States Court of Appeals
# for the Federal Circuit

---

**CROSS ATLANTIC CAPITAL PARTNERS, INC.,**
*Appellant,*

**v.**

**FACEBOOK, INC.,**
*Appellee.*

---

2013-1596

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in Reexamination No. 95/001,070.

---

**JUDGMENT**

---

FREDERICK A. TECCE, Panitch Schwarze Belisario & Nadel LLP, of Philadelphia, Pennsylvania, argued for appellant. With him on were JAMES H. WALLACE, JR., GREGORY R. LYONS and KEVIN P. ANDERSON, Wiley Rein LLP, of Washington, DC; and DAVID B. WALKER, Barceló, Harrison & Walker, LLP, of Washington, DC.

HEIDI L. KEEFE, Cooley LLP, of Palo Alto, California, argued for appellee. With her on the brief were MARK R.

WEINSTEIN; and MICHAEL G. RHODES, of San Diego, California.

_____

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:


PER CURIAM (TARANTO, BRYSON, and HUGHES, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT


| May 14 2014 | /s/ Daniel E. O'Toole |
|:---:|:---|
| Date | Daniel E. O'Toole |
| | Clerk of Court |